181 S.E.2d 600 (1971)
278 N.C. 702
LIBERTY/UA, INC.
v.
EASTERN TAPE CORP. et al.
Supreme Court of North Carolina.
June 10, 1971.
Smith, Moore, Smith, Schell & Hunter, Jack W. Floyd, Harold N. Bynum, Cecil M. Curtis, for plaintiff.
Levine, Goodman & Murchison, Richards & Shefte, Francis M. Pinckney, for defendants.
Petition for writ of certiorari to review the decision of the North Carolina Court of Appeals, 180 S.E.2d 414. Denied.
Motion of plaintiff to dismiss appeal of defendants allowed.